### ROBINSON v. STATE.
### No. 25601.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of murder without malice and the court assessed his punishment at five years in the penitentiary.

There is no statement of facts or bill of exception in the record. The proceedings are regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.